UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT A. HUDDLESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-249 |
| ) | (JARVIS/GUYTON) |
| DELPHIA E. CARR and AUTO OWNERS ) | |
| MUTUAL INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned for a status conference and motion hearing on January 3, 2006. The parties made a joint oral motion for a continuance of the January 11, 2006 trial date. For good cause shown, the oral motion is **GRANTED**. The trial of this matter is re-scheduled for **June 8, 2006**, a date agreed upon by the parties at the hearing. The new discovery cut-off shall be **May 9, 2006**.

**IT IS SO ORDERED.**

ENTER:

   s/ H. Bruce Guyton   
United States Magistrate Judge