UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT A. HUDDLESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-249 |
| ) | (JARVIS/GUYTON) |
| DELPHIA E. CARR and AUTO OWNERS ) | |
| MUTUAL INSURANCE CO., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter came before the undersigned on January 3, 2006, pursuant to referral from the District Judge [Doc. 32] for hearing and disposition of the plaintiff's Motion To Compel Discovery [Doc. 17] and the plaintiff's Motion To Strike Answer, Enter Default Judgment And Impose Sanctions. [Doc. 24]. Attorney John Neal was present for the plaintiff. Attorneys Gary Kellar and Lisa Hall were present for the defendants.

Based on the filings of the parties, the argument of counsel, and the entire record in this case, the Court finds that the Motion To Compel Discovery [Doc. 17] is well-taken and is **GRANTED**, as follows.

> 1. On or before January 20, 2006, the defendant Delphia Carr will answer plaintiff's Interrogatory requesting her complete recollection of the facts of the accident in issue. She may adopt, by specific reference, testimony given in her deposition, but must supplement that testimony if necessary to give a complete answer.

> 2. On or before January 27, 2006, the defendant Delphia Carr will provide to the plaintiff the medical provider information which he requested; however,

this shall be limited to all medical providers within five (5) years prior to the date of the accident.

3. Carr will sign, under oath, the foregoing answers.

The plaintiff's Motion For Sanctions [Doc. 24] is **DENIED**. However, failure by the defendant Carr to comply with this Order of the Court may result in sanctions being imposed.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge